IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | Civil No. JFM-12-CV-002034 |
| $157,000.74 in U.S. CURRENCY | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Gerard P. Martin as counsel for Defendant in the above-captioned case.

> Respectfully submitted,
>
> _____/s/_____
> Gerard P. Martin (Fed. Bar No. 00691)
> Rosenberg Martin Greenberg, LLP
> 25 S. Charles Street, Suite 2115
> Baltimore, Maryland 21201
> Phone: 410.727.6600
> Fax:  410.727.1115
> Email: pflannery@rosenbergmartin.com
>
> *Attorneys for Defendant*

Date: August 14, 2012

4845-4468-2511, v. 1