IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | Civil No. JFM-12-CV-002034 |
| $157,000.74 in U.S. CURRENCY | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Paul M. Flannery as additional counsel for Defendant in the above-captioned case.

Respectfully submitted,

/s/
Paul M. Flannery (Fed. Bar No. 28574)
Rosenberg Martin Greenberg, LLP
25 S. Charles Street, Suite 2115
Baltimore, Maryland 21201
Phone: 410.727.6600
Fax: 410.727.1115
Email: pflannery@rosenbergmartin.com

*Attorneys for Defendant*

Date: August 14, 2012

4817-9509-5056, v. 1