**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **Plaintiff,** | : |
| -against- | :   **CIVIL NO. CBD-12-2034** |
| **$157,000.74 IN U.S. CURRENCY** | : |
| **Defendant.** | : |

**NOTICE OF APPEARANCE**

Please note the appearance of **Evan Shea, Assistant U.S. Attorney**, for the United States of America.

        Respectfully submitted,

        Rod J. Rosenstein
        United States Attorney


    By:__/s/_____
        Evan T. Shea
        Assistant United States Attorney
        36 South Charles Street
        Fourth Floor
        Baltimore, MD 21201
        D. Md. Bar No. 28677

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this Notice of Appearance was filed using CM/ECF on November 26, 2012 and served on all parties electronically via that system.

/s/_____
Evan T. Shea
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, MD 21201